UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WENDY M. HARPER** | : | **CIVIL ACTION NO. 2:17-cv-1337** |
| **VERSUS** | : | **CHIEF JUDGE HICKS** |
| **COTTON LOGISTICS INC., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation [doc. 19] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand [doc. 13] be **DENIED** and that all claims against defendant Kyle J. Williams be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT